UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHAO CHEN,

                    Petitioner,

      v.

FERETI SEMAIA, *et al.*,

                    Respondents.

Case No. 5:26-cv-02618-FLA (BFM)

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [DKT. 9]**

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition for Writ of *Habeas Corpus* ("Petition," Dkt. 1), Respondents' Response to the Petition (Dkt. 7), the Magistrate Judge's Report and Recommendation ("Report," Dkt. 9), and all relevant portions of the record.  Respondents did not file objections to the Report within the deadline set by the Magistrate Judge, request additional time to file objections, or otherwise respond to the constitutional challenges raised by the Petition.

Accordingly, the court ACCEPTS and ADOPTS the findings and recommendations of the Magistrate Judge and ORDERS as follows:

    1.    The Petition is GRANTED as to Claim One and DENIED as moot as to the remaining claims;

    2.    Respondents shall release Petitioner Chao Chen (A# 246-072-759)

immediately, under the same conditions as he was released prior to his arrest on April 29, 2026, and re-detention;

3.  Respondents shall return all property to Petitioner that was confiscated from him when he was arrested and processed into detention; and

4.  Respondents shall file a status report within one (1) business day of Petitioner's release, attesting to Respondents' compliance with this Order.

The court REFERS Petitioner's request for costs and reasonable attorney's fees pursuant to the Equal Access to Justice Act (Dkt. 1 at 13) to the Magistrate Judge for a report and recommendation.

IT IS SO ORDERED.

Dated: June 22, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2