JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHAO CHEN,

                     Petitioner,

       v.

FERETI SEMAIA, *et al.*,

                 Respondents.

Case No. 5:26-cv-02618-FLA (BFM)

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation (Dkt. 12), IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Petition (Dkt. 1) is GRANTED as to Claim One. Respondents report Petitioner has been released from Respondents' custody. Dkt. 13. The court, therefore, directs the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated: June 24, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1